UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| JANET NICHOLE SHANNON, | ) |
| *Plaintiff*, | ) |
| | ) Case No. 1:16-cv-511 |
| v. | ) |
| | ) Judge Mattice |
| WELDING CERAMICS, LLC, *et al.*, | ) Magistrate Judge Lee |
| *Defendants*. | ) |

# ORDER

On December 30, 2016, United States Magistrate Judge Susan K. Lee filed her Report and Recommendation (Doc. 3) on Plaintiff's Motion to Proceed *In Forma Pauperis*. Magistrate Judge Lee recommended that Plaintiff's Motion (Doc. 2) be denied.

The Parties have filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has conducted a review of the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Lee's well-reasoned conclusions.

Accordingly:

- The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations (Doc. 3);

---

[1] Magistrate Judge Lee specifically advised the Parties that they had 14 days in which to object to the Report and Recommendation and that failure to do so would waive their right to appeal. (Doc. 3 at 2 n.1); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which the Parties could timely file any objections has now expired.

- Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is hereby **DENIED**;

- Plaintiff **SHALL** be permitted to pay the filing fee in installments of $100.00 per month for four (4) months; and

- The Clerk is **DIRECTED** to file the complaint upon payment of the initial installment with Plaintiff to provide for her own service of the complaint at her own cost.

**SO ORDERED** this 2nd day of February, 2017.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE